**IN THE UNITED STATES DISTRICT COURT**
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| LUTHER S. PATE, IV | * | |
|     Plaintiff | * | |
| | * | |
| VS. | * | |
| | * | |
| GEFF YIELDING, ET AL. | * | NO: 4:09CV00371  SWW |
| | * | |
|     Defendants | * | |
| | * | |

**AMENDMENT TO TEMPORARY RESTRAINING ORDER**

The temporary restraining order entered on May 14, 2009 in this case is hereby amended to include the following:

The Court finds that because the temporary relief granted merely preserves the status quo and protects against irreparable harm, security in the amount of $100,000 is sufficient, and the temporary restraining order is conditioned upon Plaintiff posting a bond with the Clerk of the Court in the amount of $100,000.

IT IS SO ORDERED THIS 14th DAY OF MAY, 2009

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE